**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
JUAN "TONY" MOLINA,

                Plaintiff,

-against-                                  23 **CIVIL** 1537 (JMF)

                                                            **JUDGMENT**

PALISADES FEDERAL CREDIT UNION,

                Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated October 12, 2023, Juan Molina's contract claim must be and is dismissed. Defendant Palisades Federal Credit Union's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       October 13, 2023

                                                           **RUBY J. KRAJICK**
                                                               Clerk of Court

                                **BY:**
                                                               **Deputy Clerk**